NORA SYFERT, Appellant, v. LENETT REALTY CORPORATION and HERMAN FREEDMAN, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EMMA WIESE, Respondent, v. EDWARD FROTHINGHAM, Appellant.— Motion to dismiss appeal granted. Appellant fails to show merit in the appeal, as required by rule 12.* Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

SAUL J. AINBINDER, Appellant, v. EMIL HERMAN, Respondent.— On argument, order denying plaintiff's motion for judgment on the pleadings reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to defendant to serve amended answer within ten days from entry of order herein, on payment of costs, without prejudice to position of case on Trial Term calendar. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

MICHELE AJELLO, SR., Appellant, v. MICHELE AJELLO, INC., and Others, Respondents. EMELINE AJELLO, Individually and as Administratrix, etc., of EDWARD AJELLO, Deceased, Appellant.— Order denying plaintiff's motion to compel purchaser to complete purchase, affirmed, with ten dollars costs and disbursements. Order granting purchaser's motion to be released from his bid, and for return of money paid to referee, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

JOSEPH F. BARR, Appellant, v. DORLIN MOTOR COMPANY and Another, Defendants. WOLF ABRAHAMS, etc., Respondent.— Judgment of the County Court of Kings county reversed upon the law and the facts, and a new trial ordered, costs to abide the event. The evidence presented an issue for the determination of the jury. Upon the evidence the jury might have found that plaintiff was free from contributory negligence and that the accident was due solely to the negligence of defendant. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

PATRICK DILWORTH, AUGUSTIN DILWORTH, GEORGE STEINMETZ, FREDERICK FUGAZZI and DONALD CARTON, Respondents, v. YELLOW TAXI CORPORATION, Appellant.— Order of the Appellate Term, reversing order of the Municipal Court, reversed upon the law, with costs, and complaint dismissed, with costs. The jurisdiction of the Municipal Court is limited by section 6 of the Municipal Court Code†. There was only one action and but one summons, and the amount demanded in that summons exceeded $1,000. The Municipal Court, therefore, was without jurisdiction. Young, Lazansky and Hagarty, JJ., concur; Manning and Kapper, JJ., dissent and vote to affirm upon opinion of Appellate Term.

ISAAC COHEN, ABRAHAM COHEN and S. MULFORD COHEN, Copartners, etc., Appellants, v. THE VALLEY DAIRY COMPANY, INC., Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.